**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
33 Washington Street
Newark, New Jersey 07102-5003
Tel: (973) 624-0800 Fax: (973) 624-0808
Attorneys for Defendants Empire Truck Rental LLC,
Orleans Furniture, Inc., and D & E Trucking, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| FREDERICK FUCHS, | Civil Action No.06-CV-5449 (HAA)(ES) |
| Plaintiff, | Hon. Harold A. Ackerman, U.S.D.J. |
| v. | Hon. Esther Salas, U.S.M.J. |
| GREYHOUND LINES, INC., ORLEANS, FURNITURE/D & E TRUCKING, INC., EMPIRE TRUCK RENTAL, ABC CORP. and/or XYZ CORPORATION, a fictitious name, WILLIE J. HAYES, IZEAR ALLEN, JOHN AND JANE DOES 1,2 and 3, fictitious names of individuals presently unknown to plaintiff, | **SECOND AMENDED PRETRIAL SCHEDULING ORDER** |
| Defendants. | |

THIS MATTER having come before the Court for a Second Amended Scheduling Order with the consent of all parties; and for good cause shown;

IT IS on this _____7th_____ day of __January__, 2008,

**ORDERED THAT:**

1. <u>Fact Discovery Deadline.</u> Fact discovery is to remain open through March 17, 2008. All fact witness depositions must be completed by the close of discovery. No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

2. <u>Independent Medical Examination of Plaintiff.</u> At the request of Defendant(s), Plaintiff shall submit to an Independent Medical Examination on or before March 17, 2008.

682155.1

3. <u>Telephone Status Conference</u>. There will be a telephone status conference before the undersigned on _March 3, 2008_ at _2:00 PM_. Plaintiff's Counsel is to initiate the call.. One week prior to this conference, each party must submit a confidential memorandum to the Court [via facsimile (973) 645-2469], not to exceed 5 pages, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement; and

4. All other provisions of the Amended Pretrial Scheduling Order shall remain in effect.

HON. ESTHER SALAS<br>
United States Magistrate Judge

682155.1

2